■ In the Matter of KENNETH D. and Others, Infants. HERKIMER COUNTY DEPARTMENT OF SOCIAL SERVICES, Respon-

dent; BRIAN D., Appellant. [732 NYS2d 195] —Order unanimously affirmed without costs for reasons stated in decision at Herkimer County Family Court, LaRaia, J. (Appeal from Order of Herkimer County Family Court, LaRaia, J.—Abuse.) Present—Green, J. P., Hayes, Wisner, Scudder and Kehoe, JJ.